IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COLLEEN CAMPBELL,** | : | CIVIL ACTION |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | NO. 14-6752 |
| | : | |
| **FAST RETAILING USA, INC., et al.,** | : | |
| | : | |
| **Defendants.** | : | |

### ORDER

**AND NOW**, this 22nd day of December, 2015, upon consideration of "Motion of Defendants Fast Retailing USA, Inc., UNIQLO USA LLC, UNIQLO California LLC, UNIQLO Connecticut LLC, UNIQLO Massachusetts LLC, AND UNIQLO New Jersey LLC to Dismiss Plaintiff's Nationwide Class Action Complaint for Lack of Personal Jurisdiction" (Doc. No. 13), the response and reply thereto, and in accordance with the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED:**

- Defendants' motion is **GRANTED** without prejudice.

- Plaintiff may file an amended complaint to attempt, if possible, to cure the deficiencies in the allegations as outlined in the memorandum opinion no later than 30 days from the date of this Order.

- Plaintiff's request for jurisdictional discovery is **GRANTED** with respect to UNIQLO USA LLC only. A telephone conference to discuss the parameters of this

1

jurisdictional discovery is **SCHEDULED** for 3:00 p.m. on Tuesday, January 5, 2016.

Counsel for Plaintiff shall initiate the call prior to contacting Chambers.

                                                **BY THE COURT:**

                                                /s/ Mitchell S. Goldberg

                                                _____

                                                **MITCHELL S. GOLDBERG, J.**